**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CR 07-42 RHK** |
| v. | **ORDER TO EXTEND SURRENDER DATE** |
| **Stacy Lynn Anderson** | |

The above-named Defendant has requested an extension to surrender to begin her twenty-seven month prison term because the BOP has not yet designated her prison assignment. The Court being otherwise familiar with the facts and circumstances of the case,

IT IS HEREBY ORDERED,

That the Defendant shall surrender to the U.S. Marshall's Service or to the location assigned by the BOP on or before August 1, 2007.

Dated: July 24, 2007.                         s/ Richard H, Kyle
                                              Honorable Richard Kyle